# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-03109-01-CR-S-RK |
| | ) | |
| JENNIFER R. HANAWAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Furlough Defendant to Visit Brother. (Doc. 81.) Defendant moves for her release from March 31, 2021 to April 7, 2021, to allow her to travel to Amarillo, Texas to visit her brother before he passes away due to terminal cancer. The Government opposes the relief requested. In this matter, the undersigned previously found Defendant to be a flight risk and a danger to the community and ordered her pretrial detention without bond. (Doc. 26.) Defendant has since entered a plea of guilty to Counts 1 and 3 of the Indictment and is currently detained at the Greene County Jail awaiting sentencing. (Doc. 74.) As a result, Defendant's release or detention is governed by 18 U.S.C. § 3143(a). Furthermore, she has been found guilty of offenses that mandate her detention unless several conditions are met, none of which are present here. 18 U.S.C. § 3143(a)(2). Accordingly, the Motion to Furlough Defendant to Visit Brother is **DENIED** as a matter of law.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 31, 2021